**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00967-CMA-BNB

CHRISTOPHER SANCHEZ, and
PINNACOL ASSURANCE,

    Plaintiffs,

v.

PATTERSON-UTI DRILLING COMPANY, LLC, a foreign limited liability company, and
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. # 38), signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action and all claims in the above-captioned matter which plaintiffs have against defendants are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  February   18  , 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge